# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Civil Case No. 3:10-cv-126 -DSC

| | |
|---|---|
| ACCESS FOR THE DISABLED, INC., and DENISE PAYNE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| JAI BRIGHT LAND OF CHARLOTTE, LLC, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER

**THIS MATTER** is before the Court on "Plaintiffs' Motion to Strike Defendant's Jury Demand" (document #10) and Defendant's "Motion to Strike" (document #11).

In its Motion, Defendant seeks an order striking the pleading styled an "Answer," which was filed on June 1, 2010 and is listed as Document #8 on the case docket, but which was not authorized by Defendant. In their Motion, Plaintiffs seek an order striking the jury demand in the same document.

For the reasons stated therein, Defendant's "Motion to Strike" (document #11) is **GRANTED**.

**IT IS HEREBY ORDERED THAT** the pleading listed as document #8 on the case docket, which was filed on June 1, 2010, and which purports to be an answer of Defendant, is **STRICKEN**.

**IT IS FURTHER ORDERED** that having stricken the purported Answer (document #8), Plaintiffs' "Motion to Strike" (document #10) is **DENIED AS MOOT**.

**SO ORDERED**.   Signed: August 31, 2010

David S. Cayer
United States Magistrate Judge